

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2015

No. 04-15-00110-CV

**IN RE THE ESTATE OF WILLIAM H. MCNUTT,** Deceased,

From the County Court, Kimble County, Texas
Trial Court No. 2284
Honorable Joe Loving, Jr., Judge Presiding

# O R D E R

The Appellant's Unopposed First Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on September 15, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court